UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HOUHOULAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION HUMAN RESOURCES, et al.,<br><br>　　　　Defendants. | No.  2:22-cv-0413 TLN DB PS<br><br><br>ORDER |

　　　　Plaintiff John Houhoulas is proceeding in this action pro se.  This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On July 25, 2022, defendant California State Personnel Board filed a motion to dismiss and noticed the motion for hearing before the undersigned on September 16, 2022, pursuant to Local Rule 302(c)(21).  (ECF No. 14.)  On August 12, 2022, defendant California Department of Transportation filed a motion to dismiss and noticed the motion for hearing before the undersigned on September 23, 2022.  (ECF No. 15.)

　　　　Pursuant to Local Rule 230(c) plaintiff was to file an opposition or a statement of non-opposition to defendants' motions not less "than fourteen (14) days after the motion was filed."  Plaintiff, however, has failed to file a timely opposition or statement of non-opposition to either motion.

1

The failure of a party to comply with the Local Rules or any order of the court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 110.  Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil Procedure, the Local Rules, and all applicable law.  Local Rule 183(a).  Failure to comply with applicable rules and law may be grounds for dismissal or any other sanction appropriate under the Local Rules.  Id.

In light of plaintiff's pro se status, and in the interests of justice, the court will provide plaintiff with an opportunity to show good cause for plaintiff's conduct along with a final opportunity to oppose defendants' motions.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff show cause in writing within fourteen days of the date of this order as to why this case should not be dismissed for lack of prosecution;

2. The September 16, 2022 hearing of defendant's motion to dismiss (ECF No. 14) is continued to **Friday, October 14, 2022, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

3. The September 23, 2022 hearing of defendant's motion to dismiss (ECF No. 15) is continued to **Friday, October 14, 2022, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

4. On or before **September 30, 2022**, plaintiff shall file an opposition or statement of non-opposition to defendants' motions[1]; and

5. Plaintiff is cautioned that the failure to timely comply with this order may result in the recommendation that this case be dismissed.

DATED:  September 6, 2022          /s/ DEBORAH BARNES
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Alternatively, if plaintiff no longer wishes to pursue this civil action, plaintiff may comply with this order by filing a request for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.