UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HOUHOULAS,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION HUMAN RESOURCES, et al.,<br><br>Defendants. | No. 2:22-cv-00413-TLN-DB<br><br>**ORDER** |

Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On January 31, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The time for filing objections has expired, and Plaintiff has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed January 31, 2023 (ECF No. 30) are adopted in full;

2. Defendants' July 25, 2022 Motion to Dismiss (ECF No. 14) is GRANTED;

3. Defendants' August 12, 2022 Motion to Dismiss (ECF No. 15) is GRANTED;

4. The Complaint filed March 4, 2022 (ECF No. 1) is DISMISSED without leave to amend; and

5. This action is closed.

**DATE: March 10, 2023**

Troy L. Nunley
United States District Judge